JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, d/b/a BALBOA CAPITAL CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>ROCK ENTERPRISE INCORPORATED, a Maryland corporation; and MONTY INSISIENMAY, an individual,<br><br>                Defendants. | Case No. 8:24-cv-01380-SPG (AGRx)<br><br>**JUDGMENT** |

On February 19, 2025, the Court granted the Motion for Default Judgment, filed by Plaintiff Ameris Bank (d/b/a Balboa Capital Corporation) ("Plaintiff"), against Defendants Rock Enterprise Incorporated and Monty Insisienmay ("Defendants"). (ECF No. 22). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and the applicable law, and for good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

    1. Judgment is entered in this matter, in favor of Plaintiff, and against Defendants, in the total amount of $126,466.91, which represents: (1) compensatory damages in the amount of $109,929.23; (2) prejudgment interest in the amount of

$9,334.10; (3) attorneys' fees in the amount of $5,798.58; and (4) costs in the amount of $1,405.00.

2. The Clerk is **ORDERED** to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: March 4, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE